# RECORD IMPOUNDED

**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1211-19

P.T.,

    Plaintiff-Respondent,

v.

A.T.,

    Defendant-Appellant.

_____

Submitted April 27, 2021 – Remanded May 5, 2021
Resubmitted June 11, 2021 – Decided August 25, 2021

Before Judges Fisher, Gilson, and Gummer.

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Cumberland County, Docket No. FM-06-0217-09.

A.T., appellant pro se.

Rebecca J. Bertram, attorney for respondent.

PER CURIAM

This is a supplemental opinion to our prior unreported decision, P.T. v. A.T., No. A-1211-19 (App. Div. May 5, 2021). In that opinion we reversed the

latest order in a series of orders imposing a "temporary suspension" of defendant's parenting time and remanded for immediate entry of an order that, among other things, scheduled an evidentiary hearing regarding whether defendant was entitled to unsupervised parenting time. We provided both parties an opportunity to file a supplemental brief stating whether he or she objected to the order issued after the evidentiary hearing and, if so, the basis of any objections.

After conducting the required evidentiary hearing, the trial court issued an order on May 26, 2021, granting defendant unsupervised parenting time and setting forth a parenting-time plan. Plaintiff submitted a letter stating she accepted the trial court's determinations and parenting-time plan. Defendant submitted a brief in which he raised arguments regarding the parenting-time plan, specifically regarding the scheduling and amount of parenting time he should have, his access to the minor's other activities and records, and his ability to take the minor out of the country.

Because the issues defendant now raises go beyond the subject of this appeal – whether he was entitled to unsupervised parenting time – we do not address them. Defendant may pursue those issues in the trial court by way of motion in accordance with applicable court rules and procedures. Because the

2

trial court conducted an evidentiary hearing and issued an order in conformity with our mandate, we affirm the grant of unsupervised parenting time to defendant in the May 26, 2021 order.

Affirmed and remanded for proceedings consistent with this opinion. We do not retain jurisdiction.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1211-19